SPARKS & COMPANY, Plaintiff-Appellee, *v.* CROWN COIN METER COMPANY, Defendant-Appellant.

(No. 56016; )

First District—July 5, 1972.

Opinion by Mr. JUSTICE LYONS.

Sherman, Schachtman & Stein, of Chicago, (Ralph L. Brill, of counsel,) for appellant.

Barclay, Damisch & Sinson, Ltd., of Chicago, (John W. Damisch, Loretta C. Didzerekis, and Laurence A. Benner, of counsel,) for appellee.